# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **VIRGIL DENNARD,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 2:22cv659-RAH-CWB |
| ) | (WO) |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Respondent. ) | |

## OPINION AND ORDER

On November 22, 2022, the Magistrate Judge entered a Recommendation that the petitioner's motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255 be dismissed without prejudice for lack of jurisdiction. (Doc. 2). No objections to the Recommendation have been filed. Upon an independent review of the file in this case, upon consideration of the Recommendation, and for good cause, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and the motion to vacate, set aside or correct sentence (Doc. 1) under 28 U.S.C. § 2255 is DISMISSED without prejudice for lack of jurisdiction.

DONE, on this the 14th day of December 2022.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE